**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

AUG 3 0 2007

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOSE CARLOS ARRAS

Plaintiff

vs.                                    NO. 04cv903 MCA/WDS

UNITED STATES OF AMERICA,

Defendant

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION AND DISMISSING ACTION WITH PREJUDICE

THIS MATTER having come before the court on the Magistrate Judge's Proposed Findings and Recommended Disposition filed on May 31, 2007 (Document #33), the Petitioner having filed objections thereto (Document # 36) and the court having made a *de novo* review of the record, the court finds that the objections are not well-taken and the proposed findings and recommended disposition of the United States Magistrate Judge should be adopted.

IT IS THEREFORE ORDERED that the proposed findings and recommended disposition of the United States Magistrate Judge are adopted by the court;

IT IS FURTHER ORDERED that Petitioner's claims are dismissed with prejudice.

IT IS SO ORDERED..

M. CHRISTINA ARMIJO
United States District Judge